# RAWLE & HENDERSON LLP



ADAM G. KOMINSKY
973-643-1400 EXT. 11
akominsky@rawle.com

The Nation's Oldest Law Office · Established in 1783

www.rawle.com

3 UNIVERSITY PLAZA
SUITE 500
HACKENSACK, NJ 07601

TELEPHONE:(973) 643-1400
FACSIMILE:(973) 643-1900

May 22, 2023

**VIA ELECTRONIC FILING**
Honorable John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Colony Insurance Company vs. Andron Construction Corp., et al.*
Civil Action No.: 1:23-cv-01522-JPC
File No.: 008256-806243

Dear Honorable Judge Cronan:

Our office represents Defendant ANDRON CONSTRUCTION CORP. ("Andron"), in the above-referenced action.

Today we received notification of the Rule 16 Initial Conference with Your Honor scheduled for June 5, 2023 at 1:30 p.m. We are writing to request an adjournment of the conference as the undersigned, counsel for Andron will be traveling back to the United States from a pre-planned trip in Europe on the scheduled conference date.

Counsel for Plaintiff has consented to the request. As Plaintiff's counsel will be engaged on another matter on the following Monday, June 12, 2023, the parties are available on Monday, June 19, 2023. This is the first request for an adjournment.

The request is granted. The Initial Pretrial Conference is adjourned until June 26, 2023 at 10:00 a.m. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 26.

SO ORDERED.
Date: May 23, 2023
New York, New York

JOHN P. CRONAN
United States District Judge

May 22, 2023
Page 2

Thank you for your kind consideration in this matter. We shall await further word from the Court regarding the scheduling of this action.

Very truly yours,
**RAWLE & HENDERSON, LLP**

By: _____
**Adam G. Kominsky, Esq.**
*Attorneys for Defendant*
3 University Plaza Drive, Suite 500
Hackensack, New Jersey 07601
(973) 643-1400 (ext. 11)
(akominsky@rawle.com)

AGK/km

cc: Counsel of Record – Via ECF

SO ORDERED:

_____
Hon. John P. Cronan
United States District Judge