# RAWLE & HENDERSON



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___03/11/2024___

ADAM G. KOMINSKY
551-354-7021
akominsky@rawle.com

The Nation's Oldest Law Office · *Established in 1783*

**www.rawle.com**

3 UNIVERSITY PLAZA
SUITE 500
HACKENSACK, NJ 07601

TELEPHONE:(973) 643-1400
FACSIMILE:(973) 643-1900

March 8, 2024

**VIA ECF**
Honorable Margaret M. Garnett
U.S. District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:  *Colony Insurance Company v. New Era Mechanical Corp., and Andron Const. Corp.*
S.D.N.Y. Docket No.: 1:23-cv-1522

Dear Judge Garnett:

This office represents defendant, Andron Construction Corp. in the above-referenced matter. The case is scheduled for a post-discovery conference on May 21, 2024, at 9:30 a.m. I have a scheduled vacation and will be unavailable on that date. The other parties have consented to this request.

Accordingly, we kindly request an adjournment to Tuesday June 4, 2024.

Thank you for your kind consideration in this regard.

Respectfully submitted,

RAWLE & HENDERSON LLP

By: _____

Adam G. Kominsky

AGK/km

Application GRANTED.  The Court is unavailable June 4; the post-discovery conference shall be adjourned to **Tuesday, June 11, 2024 at 9:30 a.m.**

SO ORDERED.  Date: 3/11/2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE